AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AMETHYST ENTERPRISE INC., a Florida Corporation, and AMETHYST DISTRIBUTORS, LLC, a Florida Limited Liability Company <br> *Plaintiff(s)* <br> v. <br> JM HOLLYWOOD, LLC d/b/a PUMP & MUNCH, a Florida Limited Liability Company <br> *Defendant(s)* | Civil Action No. 0:25-cv-61386-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JM HOLLYWOOD, LLC d/b/a PUMP & MUNCH
620 S Le Jeune Road
Coral Gables, FL 33134
Attn: Jalal Shehadeh

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive, Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  07/09/2025

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court